USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1203  JOHN S. NORTON, SR., Plaintiff, Appellant, v. TOWN OF LONG ISLAND, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ____________________ John S. Norton on brief pro se. John S. Whitman , Carol I. Eisenberg and  Richardson, Whitman, Large & Badger, on brief for appellee. ____________________ JULY 29, 1997 ____________________ Per Curiam . We have carefully reviewed the record on appeal and affirm on grounds of issue preclusion. In a prior suit, the appellant was given the opportunity to fully litigate the issue of whether his claims are cognizable under the Civil Rights Act. The judgment against the appellant in the prior suit bars him from re-litigating the issue here. Affirmed. Loc. R. 27.1.  The appellant's motion for oral argument is hereby denied. Oral argument would not advance the decisional process. See 1st Cir. Loc. R. 34.1. -2-